**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ACCESS FOR THE DISABLED, INC., et al.,

      Plaintiffs,

vs.                                                                                    Case No.  3:09-cv-1196-J-32JRK

REAL HOSPITALITY, INC.,

      Defendant.

_____

## ORDER

      This case is before the Court on Plaintiffs' Notice Of Voluntary Dismissal.  (Doc. 8.)

Accordingly, it is now

      **ORDERED:**

      1.     This case is **DISMISSED WITHOUT PREJUDICE.**

      2.     The Clerk shall close the file.

      **DONE AND ORDERED** at Jacksonville, Florida this 16th day of March, 2010.

                                     TIMOTHY J. CORRIGAN
                                     United States District Judge

jl.
Copies to:
Counsel of Record